IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **MICHAEL T. PARKER**<br><br>and<br><br>**PATRICE PARKER**<br><br>*On behalf of themselves individually and similarly situated persons.*<br><br>       Plaintiffs,<br><br>v.<br><br>**GOLDMAN SACHS MORTGAGE COMPANY LIMITED PARTNERSHIP**<br><br>and<br><br>**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING**<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 8:20-cv-03581-GJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE OF AFFILIATION AND FINANCIAL INTEREST**

Pursuant to Local Rule 103.3, Defendants NewRez, LLC, d/b/a Shellpoint Mortgage Servicing and Goldman Sachs Mortgage Company Limited Partnership d/b/a Goldman Sachs Mortgage Company by and through undersigned counsel, hereby submit the following disclosure of affiliations and financial interest. This disclosure is submitted without waiver of personal jurisdiction, venue, and/or improper division defenses or any other defenses that Defendants may assert in their answers or pre-answer motions, and no defenses available under Rule 12 or otherwise are hereby waived, but instead all are expressly preserved.

NewRez, LLC, does business as Shellpoint Mortgage Servicing. NewRez, LLC, formerly known as New Penn Financial, LLC, is a wholly owned subsidiary of Shellpoint Partners, LLC. Shellpoint Partners, LLC is a subsidiary of NRM Acquisition, LLC and NRM Acquisition II, LLC. NRM Acquisition, LLC and NRM Acquisition II, LLC are subsidiaries of New Residential Mortgage, LLC. New Residential Mortgage, LLC is a subsidiary of New Residential Investment Corporation, a publicly held corporation. New Residential Investment Corporation is publicly traded on the New York Stock Exchange under the ticker symbol NRZ.

Goldman Sachs Mortgage Company Limited Partnership d/b/a Goldman Sachs Mortgage Company ("Goldman Sachs") is a partnership organized and existing under the laws of the State of New York. The sole limited partner of Goldman Sachs Mortgage Company is Goldman Sachs Bank USA, a New York State-chartered bank with its principal place of business in New York, New York. The sole general partner of Goldman Sachs is Goldman Sachs Real Estate Funding Corporation, a New York corporation with its principal place of business in New York.

Dated: December 17, 2020                             Respectfully submitted,

                                                     /s/ Andrew J. Narod
                                                     Andrew J. Narod (Federal Bar No. 29738)
                                                     John E. Goodman (To Be Admitted *Pro Hac Vice*)
                                                     **Bradley Arant Boult Cummings LLP**
                                                     1615 L Street, N.W.
                                                     Suite 1350
                                                     Washington, DC 20036
                                                     P: (202) 719-8271
                                                     F: (202) 719-8371
                                                     anarod@bradley.com
                                                     jgoodman@bradley.com

*Counsel for Defendants Goldman Sachs Mortgage Company Limited Partnership d/b/a Goldman Sachs Mortgage Company, and NewRez, LLC, d/b/a Shellpoint Mortgage Servicing*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing to be served by this Court's CM/ECF system on this 17th day of December, 2020, on counsel for plaintiffs:

Mr. Phillip Robinson<br>
8737 Colesville, Road, Suite 308<br>
Silver Spring, MD 20910

Dated: December 17, 2020          Respectfully submitted,

                                         /s/ Andrew J. Narod_____
                                         Andrew J. Narod (Federal Bar No. 29738)