IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL T. PARKER,<br>PATRICE PARKER,<br>　　　　Plaintiffs,<br><br>v.<br><br>GOLDMAN SACHS MORTGAGE<br>COMPANY LIMITED PARTNERSHIP, et al.<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*　　Civil Action No.   ADC-20-3581<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the accompanying Memorandum Opinion, it is this 24th day of April 2024, by the United States District Court for the District of Maryland, **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment and to Strike Class Allegations (ECF 60) is hereby GRANTED; and

2. The Clerk shall transmit copies of the foregoing Memorandum Opinion and Order to counsel of record and shall close this case.

_/s/ A.D. Copperthite_
A. David Copperthite
United States Magistrate Judge