IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **MICHAEL T. PARKER** | * | |
| **PATRICE PARKER** | | |
| | * | |
| *Plaintiffs* | | |
| | * | Civil Case No.:  8:20-cv-03581-ADC |
| and | | |
| | * | |
| **ALICE MEJIA** | | |
| | * | |
| *Proposed Intervenor* | | |
| | * | |
| *On behalf of themselves individually and a class of similarly situated persons* | * | |
| | | |
| v. | * | |
| | | |
| **GOLDMAN SACHS MORTGAGE COMPANY, LP** | * | |
| And | * | |
| **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING** | * | |
| | | |
| *Defendants.* | * | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT, Plaintiffs Michael T. Parker and Patrice Parker, and Proposed Intervenor Plaintiff Alice Mejia, for themselves, and on behalf of a prospective class of similarly situated persons, hereby appeal to the United States Court of Appeals for the Fourth Circuit the judgement Orders entered in this case on April 24, 2024, granting summary judgment in favor of defendants and dismissing as moot the Motion to Intervene.

Respectfully submitted,

/s *Thomas J. Minton*
Thomas J. Minton
Federal Bar No. 03370

1

        **GOLDMAN & MINTON, P.C.**
        3600 Clipper Mill Rd., Suite 201
        Baltimore, MD 21211
        Ph (410) 783-7575
        *tminton@charmcitylegal.com*

        */s/ Scott C. Borison*
        Scott C. Borison
        Federal Bar No. 22596
        **BORISON FIRM LLC**
        1400 S. Charles St.
        Baltimore , MD 21230
        Ph: (301) 620-1016
        *scott@borisonfirm.com*

        */s/ Phillip R. Robinson*
        Phillip R. Robinson
        Federal Bar No. 27824
        **CONSUMER LAW CENTER LLC**
        10125 Colesville Road, Suite 378
        Silver Spring, MD 20901
        Ph (301) 448-1304
        *phillip@marylandconsumer.com*

## Certificate of Service

I hereby certify that on this 4th day of May, 2024, I filed the foregoing Notice of Appeal through the Court's ECF system, and that the following counsel of record will be served with copies through that system:

Melissa O. Martinez – mmartinez@mcguirewoods.com

Nicholas B. Jordan – njordan@mcguirewoods.com

Brian E. Pumphrey – bpumphrey@mcguirewoods.com

        */s Thomas J. Minton*
        Thomas J. Minton
        Federal Bar No. 03370
        **GOLDMAN & MINTON, P.C.**
        3600 Clipper Mill Rd., Suite 201
        Baltimore, MD 21211
        Ph (410) 783-7575
        *tminton@charmcitylegal.com*